473 A.2d 684

Dahlgren, Appellant, v. Gettings.

Argued September 28, 1983. Darrell Lee Kadunce, for appellant; Marianne R. Dahlgren Gettings, appellee, in propria persona.

Before BROSKY, McEWEN and BECK, JJ.

Order affirmed.

473 A.2d 684

Fudge, Appellants, v. Shultz.

Submitted January 5, 1984. Harvey S. Miller, for appellants; Anthony Paul Schimaneck, for appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Order dismissing complaint affirmed.